UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 96-7159
(CR-92-142, CA-96-217-R)

_____

United States of America,

Plaintiff - Appellee,

versus

Ronson O'Shea Barnwell,

Defendant - Appellant.

_____

O R D E R

_____

The Court amends its opinion filed October 15, 1996, as follows:

On the cover sheet, section 4 -- the decision line is completed to show the decided date -- "Decided: <u>October 15, 1996</u>."

For the Court - By Direction

/s/ Patricia S. Connor

_____

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7159**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONSON O'SHEA BARNWELL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CR-92-142, CA-96-217-R)

_____

Submitted: October 3, 1996          Decided: October 15, 1996

_____

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronson O'Shea Barnwell, Appellant Pro Se. Ruth Elizabeth Plagenhoef, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying Appellant's motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. See Bailey v. United States, ___ U.S. ___, 64 U.S.L.W. 4039 (U.S. Dec. 6, 1995) (No. 94-7448); United States Sentencing Commission, Guide-lines Manual, § 2D1.1(b)(1). Accordingly, we deny a certificate of appealability and dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED